IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>  v.<br><br>JONTA L. JOHNSON,<br>[DOB: 11/11/1984]<br><br>                 Defendant. | Case No. _____<br>**COUNT ONE**:<br>*Possession of Phencyclidine (PCP)*<br>21 U.S.C. § 844(a)<br>NLT 90 Days Imprisonment<br>NMT 3 Years Imprisonment<br>NMT $250,000 Fine<br>NMT One Year Supervised Release<br>Class E Felony<br><br>**COUNT TWO:**<br>*Felon in Possession of Ammunition*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT THREE**:<br>*Possession of Methamphetamine*<br>21 U.S.C. § 844(a)<br>NLT 90 Days Imprisonment<br>NMT 3 Years Imprisonment<br>NMT $250,000 Fine<br>NMT One Year Supervised Release<br>Class E Felony<br><br>**COUNT FOUR:**<br>*Felon in Possession of a Firearm*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT FIVE**:<br>*Attempted Hobbs Act Extortion*<br>18 U.S.C. § 1951(a)<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |

**COUNT SIX**:
*Distribution of Phencyclidine (PCP)*
21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
NMT 20 Years Imprisonment
NMT $1,000,000 Fine
NLT 3 Years Supervised Release
Class C Felony

$100 Mandatory Assessment Each Count

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about October 26, 2017, in the Western District of Missouri, the defendant, JONTA L. JOHNSON, did knowingly and intentionally possess a quantity of a mixture or substance containing a detectable amount of phencyclidine (PCP), a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 844(a).

## COUNT TWO

On or about October 26, 2017, in the Western District of Missouri, the defendant, JONTA L. JOHNSON, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, to wit: at least one (1) round of Federal brand, twelve-gauge shotgun ammunition, which had been transported in interstate or foreign commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

On or about May 13, 2018, in the Western District of Missouri, the defendant, JONTA L. JOHNSON, did knowingly and intentionally possess a quantity of a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 844(a).

## COUNT FOUR

On or about December 19, 2019, in the Western District of Missouri, the defendant, JONTA L. JOHNSON, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Glock, Model 27, .40 caliber pistol, bearing Serial Number DKW490, which had been transported in interstate or foreign commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FIVE

On or about December 29, 2019, in the Western District of Missouri, the defendant, JONTA L. JOHNSON, did attempt to obstruct, delay, and affect, commerce as that term is defined in 18 U.S.C. § 1951, and the movement of the articles and commodities in such commerce, by extortion, as that term is defined in 18 U.S.C. § 1951, in that the defendant, JONTA L. JOHNSON, did knowingly, intentionally, and unlawfully attempt to take and obtain property, consisting of a bottle of alcohol in the care, custody, and control of Bannister Food Mart, 5501 East Bannister Road, Kansas City, Missouri, a business engaged in commerce, from the person and in the presence of employees of such business, and against the will of persons employed by such business, by means of actual and threatened force, violence, and fear, to such employees, contrary to the provisions of Title 18, United States Code, Section 1951(a).

## COUNT SIX

On or about March 24, 2020, in the Western District of Missouri, the defendant, JONTA L. JOHNSON, did knowingly and intentionally distribute a mixture or substance containing a

3

detectable amount of phencyclidine (PCP), a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL.

6/23/2020
DATE

*/s/ Tressie Borders*
FOREPERSON OF THE GRAND JURY

*/s/ Jeffrey Q. McCarther*
Jeffrey Q. McCarther
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri